472 A.2d 244

Commonwealth v. Brown, Appellant.

Submitted November 7, 1983. Judith A. Calkin, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order filed February 3, 1983 at 765 C.D. 1979 is vacated and the case is hereby remanded for an evidentiary hearing on the PCHA petitions. Jurisdiction is relinquished. Orders filed February 3, 1983 at 978 and 1380 C.D.1981 are affirmed.

POPOVICH, J., concurred in the result.

472 A.2d 244

Commonwealth v. Carpenter, Appellant.

Submitted April 13, 1983. James A. Consoli, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Judgment of sentence affirmed.